

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,494

### EX PARTE JACKIE LEROY PIERCE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 55,404 IN THE 264th DISTRICT COURT
### FROM BELL COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of methamphetamine and sentenced to ten years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because the plea agreement cannot be followed.

The record before this Court reflects that trial counsel improperly advised Applicant that his state and federal sentences would run concurrently. And the trial court, after remand, has entered

findings of fact that Applicant's state and federal sentences are not running concurrently. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgment in Cause No. 55,404 in the 264th Judicial District Court of Bell County is set aside, and applicant is remanded to the custody of the Sheriff of Bell County to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 9, 2011
Do Not Publish